Laurent Van der Stegen, Doing Business, etc., and Frederick N. Matthews and Others v. Neuss, Hesslein & Co., Inc.— Motion for leave to appeal to the

Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.